**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Charles H. Cooper, Adm. Est. of Joseph Haynes, Dec'd, | : : : | |
| Plaintiff, | : : | Case No. 2:19-cv-4470 |
| v. | : : | Judge Michael Watson |
| Deputy Richard Scarborough, et. al., | : : : | Magistrate Judge Elizabeth Deavers |
| Defendants. | : : | |

## JOINT STATUS REPORT

On June 9, 2023, the Court issued an Order (Doc 108) continuing trial and instructing the parties to file a joint status report within 60 days. Per the Court's instruction, the parties jointly report that they anticipate that a formal and final resolution of this matter, and presentation of a dismissal entry, should be achieved by the end of September 2023. The parties shall submit a follow up joint status report in 60 days should the case not otherwise be dismissed by then.

Respectfully submitted,

*/s/ Daniel R. Mordarski*
Daniel R. Mordarski (0063228)
LAW OFFICES OF DANIEL R. MORDARSKI LLC
East Long Street, Suite 1100
Columbus, Ohio 43215
P: (614) 221-3200/ F: (614) 221-3201

*/s/ Aaron M. Glasgow*
Aaron M. Glasgow (0075466)
E-mail: aglasgow@isaacwiles.com
Michael S. Loughry (0073656)
E-mail: mloughry@isaacwiles.com
Isaac, Wiles, & Burkholder, LLC
2 Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: 614-220-5170; Fax 614-365-9516
*Attorneys for Defendants*

John C. Camillus (0077435)
Law Offices of John C. Camillus, LLC
P.O. Box 141410
Columbus, Ohio 43214
P: (614) 992-1000 / F: (614) 559-6731

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Aaron M. Glasgow*
Aaron M. Glasgow (0075466)